UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-21352

JUAN FLORES,

    Plaintiff,

v.

I.C. SYSTEM, INC.,
JANE or JOHN DOE

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT I.C. SYSTEM, INC.**

    I hereby disclose the following Interested Persons and Corporate Disclosure Statement:

1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Juan Flores, Pro Se,
17010 SW 36 Ct,
Miramar, FL 33027

I.C. System, Inc.
Defendant's Counsel:
Charles J. McHale, Esquire
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida  33609
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675
E-mail:  cmchale@gsgfirm.com

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    *None.*

3)      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors):

*None.*

4)      The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

Juan Flores, Pro Se

5)      Check one of the following:

__X__   a) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict, or

_____    b)  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email and U.S. Mail to Juan Flores, Pro Se, 17010 SW 36 Ct, Miramar, FL 33027 on this 7th day of June 2013.

GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida  33609
Telephone:  (813) 251-5500
Facsimile:  (813) 251-3675
E-mail: cmchale@gsgfirm.com

By:  /s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No.:  0026555
*Attorneys for Defendant*