UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21352-CIV-ALTONAGA/Simonton

**JUAN FLORES**,

    Plaintiff,

vs.

**IC SYSTEM, INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. On June 12, 2013 [ECF No. 13], the Court ordered the parties to select a mediator certified under Local Rule 16.2, schedule a time, date, and place for mediation, and jointly file a proposed order scheduling mediation on or before July 2, 2013. On July 2, a Notice of Mediation Conference [ECF No. 14] was filed rather than a proposed order scheduling a date and time for mediation as required by the June 12 Order. It is therefore

**ORDERED AND ADJUDGED** that on or before **July 9, 2013**, the parties shall jointly file a proposed order scheduling mediation, as required by the June 12 Order. The parties are reminded that pursuant to the CM/ECF Administrative Procedures,[1] proposed orders must be filed as an attachment to a motion, notice, or other filing. The proposed document must also be e-mailed to the judge at the judge's email address, in Word format. The e-mail line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., 00-cv-00000 Order).

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

CASE NO. 13-21352-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of July, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record