UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21352-CIV-ALTONAGA/Simonton

JUAN FLORES,

    Plaintiff,

vs.

IC SYSTEM, INC., *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff filed this action on April 18, 2013, and to date, there is no indication in the court file that Defendant, Jane or John Doe, has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **August 16, 2013**, Plaintiff shall perfect service upon the Defendant or show cause why the Defendant should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by August 16 will result in a dismissal without prejudice and without further notice as to this Defendant.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of July, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record