UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-21352-CIV-ALTONAGA

JUAN FLORES,

    Plaintiff,

v.

IC SYSTEMS, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court Plaintiff's Response to Order to Show Cause and request for an additional 60 days to serve Defendant Jane or John Doe [ECF No. 19]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Request is **GRANTED** in part. Plaintiff shall have until **September 16, 2013** to perfect and file a notice of service as to this Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of August, 2013.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Juan Flores, *pro se*