UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



JUAN FLORES

    Plaintiff

Vs                    CASE #: Case No.: 13-21352-CIV-ALTONAGA/SIMONTON

I C SYSTEM INC

    Defendant

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff Juan Flores who makes this Motion for VOLUNTARY DISMISSAL WITHOUT PREJUDICE as to the Defendant in the above style case and requests this Honorable Court to enter such order in the above style case pending before this court.

Dated October 8, 2013

Respectfully submitted

Juan Flores
17010 SW 36 CT
Miramar fl 33027
305-477-0308
Juanyflores2000@yahoo.com

1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, a true and correct copy of the foregoing will be served by Certified US Mail and by email this 8th day of October 2013to the party listed below.

Charles J. McHale, Esq.

GOLDEN SCAZ GAGAIN, PLLC

201 NORTH ARMENIA AVE.

TAMPA FL 33606

PHONE: 813-251-3688

**cmchale@gsgfirm.com**