UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-21352

JUAN FLORES,

    Plaintiff,

v.

I.C. SYSTEM, INC.,
JANE or JOHN DOE

    Defendants.
_____/

**DEFENDANT'S MOTION FOR LEAVE TO
APPEAR TELEPHONICALLY AT MEDIATION AND MEMORANDUM OF LAW**

COMES NOW Defendant, by and through its undersigned attorneys, and hereby moves this Honorable Court to grant leave for Defendant's Corporate Representative to appear telephonically at the Mediation scheduled in this matter. In support thereof, states as follows:

1. This case arises out of allegations that Defendants violated the Florida Consumer Protection Act ("FCCPA"), the Fair Debt Collection Practices Act ("FDCPA"), and the Fair Credit Reporting Act ("FCRA") in attempting to collect an unpaid bill from Plaintiff.

2. Mediation is being scheduled in this matter on October 21, 2013, in Miami, Florida.

3. Defendant's counsel will personally appear at the above reference mediation in person.

4. Defendant's principal place of business located in Minnesota.  It has no offices or agents in Florida.

5. Defendant requests this court allow its representative to appear via telephone in order for convenience of the parties, and in an effort to avoid unnecessary costs and expenses.

6. Defendant's representative will have full settlement authority at mediation and can attend the entirety of the mediation by phone.

7. Defendant's appearance by telephone will not negatively impact the mediation process. In fact, it will allow Defendant to dedicate it resources to settling the case, as opposed to paying for an employee to travel between Miami and Minnesota

8. **Pursuant to Local Rule 7.1(a)(3)**, counsel has attempted in good faith to resolve this issue prior to filing the instant Motion; *Pro-se* Plaintiff has not responded to Defendant's request to date. Upon receipt of *Pro-se* Plaintiff's position, Defendant will immediately advise the Court of the same.

Wherefore Defendant, respectfully requests that this Court enter an Order that Defendant's corporate representative be allowed to appear at the scheduled mediation telephonically.

Respectfully Submitted:

By: /s/ Charles J. McHale
Dale T. Golden, Esquire
Florida Bar No.: 094080
Charles J. McHale, Esquire
Florida Bar No.: 0026555
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida  33609
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675
E-mail:  dgolden@gsgfirm.com
E-mail: cmchale@gsgfirm.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email and U.S. Mail to Juan Flores, Pro Se, 17010 SW 36 Ct, Miramar, FL 33027 on this 16th day of October 2013.

        GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida  33609
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675
E-mail:  dgolden@gsgfirm.com
E-mail: cmchale@gsgfirm.com

By:  /s/ Charles J. McHale
Dale T. Golden, Esquire
Florida Bar No.: 094080
Charles J. McHale, Esquire
Florida Bar No.:  0026555
*Attorneys for Defendant*