UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:13-cv-21352-CMA

**MEDIATION REPORT**

Juan Flores,

    Plaintiff(s),

vs

I C System Inc,

    Defendant(s).

_____/

The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: October 21, 2013. The results of the mediation conference are as follows:

[✓] All required parties were present *or*

[ ] The following required parties were not present:_____

[ ] An agreement was reached.  **Settlement Agreement Attached.**

[ ] A **confidential** settlement agreement was reached.

[X] No agreement was reached.

[ ] The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

[ ] The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

[ ] Other: _____

Respectfully Submitted;

*/s/ John W. Salmon*

John W. Salmon, Esq.
Florida Bar No.: 271756
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel