UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-21352-CIV-ALTONAGA/Simonton

JUAN FLORES,

    Plaintiff,

vs.

I. C. SYSTEM, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Motion to Extend the Dispositive Motion Deadline and Memorandum of Law ("Motion") [ECF No. 50], filed on March 12, 2014. The Court denied Defendant's Motion to Dismiss . . . ("Motion to Dismiss") [ECF No. 48], filed on March 11, 2014, as the June 12, 2013 Scheduling Order's deadline for filing all dispositive pre-trial motions had passed. (*See* Mar. 12, 2014 Order [ECF No. 49]). Defendant now seeks an extension of the pre-trial motions deadline to re-file a motion to dismiss with prejudice and to impose other sanctions for fraud, fabrication of evidence and/or bad faith. (*See* Mot. 2).

Defendant asserts good cause for the extension exists as it did not ascertain the information regarding its allegations of Plaintiff's fraud, fabrication of evidence, and bad faith until after the dispositive motions deadline had passed, when Plaintiff submitted his Response to the Motion for Summary Judgment[1] . . . ("MSJ Response") [ECF No. 40]. (*See* Mot. 3). Further, Defendant appears to admit Plaintiff's MSJ Response creates issues of fact precluding summary judgment, thereby making a motion to dismiss for fraud upon the court the more

---

[1] Defendant's Motion for Summary Judgment and Supporting Memorandum of Law [ECF No. 33], filed on January 28, 2014, remains pending.

Case No. 13-21352-CIV-ALTONAGA/Simonton

appropriate tool to dispose of the case. (*See generally* Mot.; MTD). Although Defendant claims diligence and good cause in seeking the present extension, the Court will not simultaneously entertain a motion to dismiss predicated upon Plaintiff's fraudulent submissions while being asked by Defendant to also consider and rule on a Motion for Summary Judgment which Defendant admits cannot be granted by virtue of Plaintiff's false statements made in opposition. Either Defendant withdraws its Motion for Summary Judgment and elects to proceed with a motion for dismissal based on fraud upon the Court, or it stands by its Motion for Summary Judgment.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 50]** is **DENIED**. Should Defendant withdraw its Motion for Summary Judgment, it may simultaneously file its proposed motion to dismiss no later than March 18, 2014, to allow the Court sufficient time to address it before the calendar call.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of March, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Juan Flores, *pro se*