UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-21352-CIV-ALTONAGA/Simonton

**JUAN FLORES**,

      Plaintiff,

vs.

**I C SYSTEM, INC.**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion for Leave to File Supplemental Exhibit in Response to Defendant's Motion for Summary Judgment (the "Motion") [ECF No. 51], filed March 13, 2014. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

(emphasis added). The Rule further states that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* The Plaintiff has failed to certify that he conferred or made reasonable efforts to confer with Defendant. Therefore, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 51]** is **DENIED WITHOUT PREJUDICE**.

CASE NO. 13-21352-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of March, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record
      Plaintiff, *pro se*